# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **NOBLE ENVIRONMENTAL POWER, LLC**[1] | Case No. 16-12055 (____) |
| Debtor. | |

## CERTIFICATION OF DEBTOR'S LIST OF CREDITORS

In accordance with Rule 1007(a) of the Federal Rules of Bankruptcy Procedure and Rule 1007-2(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), a list of creditors (the "**List**") of Noble Environmental Power, LLC, as debtor and debtor in possession (the "**Debtor**"), is filed by attachment hereto.

The List has been prepared from the Debtor's books and records. The undersigned certifies that the List contains the names and addresses of all creditors of the Debtor that could be ascertained after diligent inquiry, based on a review of the Debtor's books and records, and is consistent with the information contained therein. To the extent practicable, the List complies with Local Rule 1007-1(a). The Debtor reserves the right to amend or supplement the list as necessary.

The information contained in the Creditor Matrix is based on a review of the Debtor's books and records. However, the Debtor has not completed a comprehensive legal and/or factual investigation with regard to possible defenses to any claims of the potential claimants included in the Creditor Matrix. In addition, certain of the entities included in the

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is: Noble Environmental Power, LLC (7076). The Debtor's principal offices are located at 6 Main Street, Suite 121, Centerbrook, CT 06409.

01:19271977.1

Creditor Matrix may not hold outstanding claims as of the date hereof, and therefore may not be creditors of the Debtor for purposes of this chapter 11 case. Therefore, this listing does not and should not be deemed to constitute either (i) a waiver of any defenses to any claims that may be asserted against the Debtor, or (ii) an acknowledgement of the validity or amount of any claims that may be asserted against the Debtor.

Dated: _____, 2016

Noble Environmental Power, LLC

_____
Kay McCall
President and Chief Executive Officer

| Vendor Name | Address | | | State | Zip |
|---|---|---|---|---|---|
| A TECH 4 U | 101 S. MAIN STREET | | PERRYTON | TX | 79070 |
| ABC PRINTING, INC | 875 FOXON ROAD | ROUTE 80 | EAST HAVEN | CT | 06513 |
| ABSO | D/B/A STERLING INFOSYSTEMS, INC. | PO BOX 36482 | NEWARK | NJ | 07193-6482 |
| ADVANTAGE LASER PRODUCTS INC | 1840 MARIETTA BLVD NW | | ATLANTA | GA | 30318-2803 |
| AEROFLIGHT INTERNET, INC. | 433 MAIN STREET | PO BOX 854 | GRUVER | TX | 79040 |
| AMERICAN EXPRESS | TRAVEL RELATED SERVICES CO. INC | P O BOX 360001 | FT LAUDERDALE | FL | 33336-0001 |
| AON RISK SVCS NORTHEAST INC | AON RISK SERVICES COMPANIES INC | PO BOX 7247-7376 | PHILADELPHIA | PA | 19170-7376 |
| AT&T (001) | PO BOX 5001 | | CAROL STREAM | IL | 60197-5001 |
| AT&T (019) | PO BOX 5019 | | CAROL STREAM | IL | 60197-5019 |
| BEMERS | P.O. BOX 93 | | GLASTONBURY | CT | 06033-0093 |
| BINGHAM MCCUTCHEN LLP | PO BOX 3486 | | BOSTON | MA | 02241-3486 |
| BOIES, SCHILLER & FLEXNER LLP | 2200 CORPORATE BOULEVARD, N.W. | SUITE 400 | BOCA RATON | FL | 33431 |
| BRACEWELL & GIULIANI LLP | PO BOX 848566 | | DALLAS | TX | 75284-8566 |
| CITRIX SYSTEMS, INC. | PO BOX 932841 | | ATLANTA | GA | 31193-2841 |
| CLEAN IN BETWEEN LLC | 1418 BOSTON POST ROAD, SUITE 3 | | WESTBROOK | CT | 06498 |
| COMCAST | PO BOX 1577 | | NEWARK | NJ | 07101-1577 |
| CONSOLIDATED COMPUTING, INC | 380 MOREHOUSE ROAD | | EASTON | CT | 06612 |
| COUCH WHITE, LLP | 540 BROADWAY | PO BOX 22222 | ALBANY | NY | 12201-2222 |
| CRYSTAL ROCK LLC | PO BOX 10028 | | WATERBURY | CT | 06725-0028 |
| CT CORPORATION | PO BOX 4349 | | CAROL STREAM | IL | 60197-4349 |
| CVM, INC | 780 E. MAIN STREET | | BRANFORD | CT | 06405 |
| Dell Business Credit | PO Box 5275 | | Carol Stream | IL | 60197-5275 |
| Dell Service Sales | PO Box 22130 | | Oakland | CA | 94623 |
| DELOITTE TAX LLP | PO BOX 844736 | | DALLAS | TX | 75284-4736 |
| DEPT OF REVENUE SERVICES | State of Connecticut | PO Box 150406 | HARTFORD | CT | 06115-0406 |
| ECOLOGY AND ENVIRONMENT, INC | 368 PLEASANT VIEW DRIVE | | LANCASTER | NY | 14086 |
| EPICOR SOFTWARE CORPORATION | 804 LAS CIMAS PARKWAY | | AUSTIN | TX | 78746 |
| ERNST & YOUNG LLP | PITTSBG NTNL BNK-PITT 640382 | PO BOX 640382 | PITTSBURGH | PA | 15264-0382 |
| ESSEX TAX COLLECTOR | 29 WEST AVENUE | | ESSEX | CT | 06426 |
| EVERSOURCE | PO BOX 650032 | | DALLAS | TX | 75265-0032 |
| FEDEX | PO BOX 371461 | | PITTSBURGH | PA | 15250-7461 |
| FIRST INSURANCE FUNDING CORP | 450 SKOKIE BLVD | SUITE 1000 | NORTHBROOK | IL | 60062 |
| FRONTIER COMMUNICATIONS | PO BOX 20550 | | ROCHESTER | NY | 14602-0550 |
| GE Fleet Services | PO Box 100363 | | ATLANTA | GA | 30384-0363 |
| Goldberg Segalla LLP | William J. Greagan | 8 Southwoods Blvd, Suite 300 | Albany | NY | 12211 |
| GREAT NORTH ROAD MEDIA, INC | 3115 BROADWAY | SUITE 61 | NEW YORK | NY | 10027 |
| Hewitt Associates | PO Box 95135 | | Chicago | IL | 60694-5135 |
| ICE DATA, LP | PO BOX 933269 | | ATLANTA | GA | 31193-3269 |
| INDEPENDENT POWER PRODUCERS | OF NEW YORK INC | 194 WASHINGTON AVENUE, STE 315 | ALBANY | NY | 12210 |
| Innovative Computer Systems Inc | PO Box 749 | 10 Stanford Drive | Farmington | CT | 06034 |
| Intercall | 8420 W. Bryn Mawr Ave, suite 1100 | Attn: Legal Dept | Chicago | IL | 60631 |
| INTERMEDIA | ATN: BILLING DEPARTMENT | DEPT. LA 24328 | PASADENA | CA | 91185-4328 |
| IRON MOUNTAIN | PO BOX 27129 | | NEW YORK | NY | 10087-7129 |
| JACKSON LEWIS P.C. | PO BOX 416019 | | BOSTON | MA | 02241-6019 |
| JB SYSTEMS, INC. | DBA MAINSAVER SOFTWARE | 10803 THORNMINT ROAD, SUITE 200 | SAN DIEGO | CA | 92127 |
| LIFEGUARD MEDICAL | SOLUTIONS, LLC | 821 FESSLERS PARKWAY | NASHVILLE | TN | 37210 |
| MACBETH VENTURES LLC | C/O HT PARTNER LLC | 6 MAIN ST, SUITE 312 | CENTERBROOK | CT | 06409 |
| MCI | PO BOX 15043 | | ALBANY | NY | 12212-5043 |
| Microsoft Corporation | 1 Microsoft Way | | Redmond | WA | 98052 |
| Modica & Associates, PLLC | Steven V. Modica | 2430 Ridgeway Ave | Rochester | NY | 14626 |
| MORGAN, LEWIS & BOCKIUS LLP | PO BOX 8500 S-6050 | COUNSELORS AT LAW | PHILADELPHIA | PA | 19178-6050 |
| NETWORK & SECURITY TECHNOLOGIES | 161 NORTH MIDDLETOWN ROAD | | PEARL RIVER | NY | 10965 |
| NOVATEC | 872 RAND HILL ROAD | | MORRISONVILLE | NY | 12962 |
| NYISO | C/O DEBRA DOYLE | 10 KREY BLVD | RENSSELAER | NY | 12144 |
| NYS CORPORATION TAX | Processing Unit | PO Box 1909 | ALBANY | NY | 12201-1909 |
| NYS FILING FEE | STATE PROCESSING CENTER | PO BOX 22076 | ALBANY | NY | 12201-2076 |
| O MELVENY AND MYERS LLP | PO BOX 894436 | | LOS ANGELES | CA | 90189-4436 |
| OHLANDT, GREELEY, RUGGIERO & PERLE, L.L.P. | ONE LANDMARK SQUARE, 10TH FLOOR | | STAMFORD | CT | 06901 |
| OPTUM CLEANING | 12 LOOKOUT HILL ROAD | | OLD SAYBROOK | CT | 06475 |

| | | | | | |
|---|---|---|---|---|---|
| ORRICK HERRINGTON & SUTCLIFFE | LOCKBOX #774619 | 4619 SOLUTIONS CENTER | CHICAGO | IL | 60677-4006 |
| PARKER CHEVROLET, INC | 622 STATE ROUTE 11 | | CHAMPLAIN | NY | 12919 |
| PITNEY BOWES GLOBAL | FINANCIAL SERVICES LLC | PO BOX 371887 | PITTSBURGH | PA | 15250-7887 |
| PLATTS | DIVISION OF MCGRAW-HILL | PO BOX 848093 | DALLAS | TX | 75284-8093 |
| PRIMELINK | PO BOX 783 | | CHAMPLAIN | NY | 12919 |
| PROFESSIONAL SECURITY SYSTEMS | 95 SOUTH RIDGE LANE | BLD C, UNIT 203 | BERLIN | CT | 06037 |
| RackSpace | 5500 Walzem Road | | San Antonio | TX | 78215 |
| RICOH USA, INC | PO BOX 827577 | | PHILADELPHIA | PA | 19182-7577 |
| ROBERT HALF FINANCE & ACCOUNTING | PO BOX 743295 | | LOS ANGELES | CA | 90074-3295 |
| RSM US LLP | 5155 PAYSPHERE CIRCLE | | CHICAGO | IL | 60674 |
| SOFTCHOICE CORPORATION | 16609 COLLECTIONS CENTER DRIVE | | CHICAGO | IL | 60693 |
| SPROUSE SHRADER SMITH PLLC | PO BOX 15008 | | AMARILLO | TX | 79105-5008 |
| STAPLES ADVANTAGE | DEPT BOS | PO BOX 415256 | BOSTON | MA | 02241-5256 |
| STORED TECHNOLOGY SOLUTIONS | 543 QUEENSBURY AVE | SUITE 5 | QUEENSBURY | NY | 12804 |
| SUBURBAN STATIONERS, INC | 691 HIGH STREET | | MIDDLETOWN | CT | 06457 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | PO BOX 149348 | | AUSTIN | TX | 78714-9348 |
| THOMSON REUTERS | PO BOX 415983 | | BOSTON | MA | 02241 |
| UTILITY VG INTEGRATION GROUP | PO BOX 2787 | | RESTON | VA | 20195 |
| VERIZON (15124) | PO BOX 15124 | | ALBANY | NY | 12212-5124 |
| VERIZON BUSINESS | PO BOX 15043 | | ALBANY | NY | 12212-5043 |
| WEST UNIFIED COMMUNICATIONS | SERVICES, INC | PO BOX 281866 | ATLANTA | GA | 30384-1866 |
| WEX BANK | PO BOX 6293 | | CAROL STREAM | IL | 60197-6293 |
| WHITEMAN OSTERMAN & HANNA LLP | ATTORNEYS AT LAW | ONE COMMERCE PLAZA | ALBANY | NY | 12260 |
| WIGGIN AND DANA LLP | ATTN: ACCOUNTS RECEIVABLE | PO BOX 1832 | NEW HAVEN | CT | 06508-1832 |
| WOODARD & CURRAN INC | 41 HUTCHINS DRIVE | | PORTLAND | ME | 04102 |
| WYLESS, INC | 60 ISLAND STREET | | LAWRENCE | MA | 01840 |