**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>**NOBLE ENVIRONMENTAL POWER, LLC**[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 16-12055 (KG)<br><br>**Re: Docket Nos. 119 and 124** |

**NOTICE OF FILING OF PLAN SUPPLEMENT DOCUMENTS**

**PLEASE TAKE NOTICE** that the above-captioned debtor and debtor in possession (the "**Debtor**") hereby filed this supplement (the "**Plan Supplement**"), which relates to the *Amended Plan of Reorganization of the Debtor Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 119] (as it may be amended, modified, or supplemented from time to time, the "Plan").[2]

**PLEASE TAKE FURTHER NOTICE** that the following documents, copies of which are attached hereto, constitute the Plan Supplement:

| | |
|---|---|
| **Exhibit A** | List of Assumed Contracts |
| **Exhibit B** | Identity of the Officer of Reorganized NEP |
| **Exhibit C** | Form of Operating Agreement |

**PLEASE TAKE FURTHER NOTICE THAT** the Debtor reserves the right, subject to the terms and conditions set forth in the Plan and the Plan Support Agreement, to add additional documents to the Plan Supplement or to alter, amend, modify, or supplement any document in the Plan Supplement; *provided* that if any document in the Plan Supplement is altered, amended,

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is: Noble Environmental Power, LLC (7076). The Debtor's principal offices are located at 6 Main Street, Suite 121, Centerbrook, CT 06409.
[2] Capitalized terms not defined herein have the meaning given to them in the Plan.

modified, or supplemented in any material respect prior to the hearing to consider confirmation of the Plan, the Debtors will file a blackline of such document with the Court.

**PLEASE TAKE FURTHER NOTICE** that the Debtor will seek confirmation of the Plan at a hearing scheduled for **December 9, 2016 at 10:00 a.m. (Eastern Time)** before the Honorable Kevin Gross, in Courtroom #3 of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Wilmington, Delaware 19801.

*[Remainder of Page Intentionally Left Blank]*

Dated: Wilmington, Delaware
December 2, 2016

**MORGAN, LEWIS & BOCKIUS LLP**
Neil E. Herman
101 Park Avenue
New York, New York 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

- and –

**MORGAN, LEWIS & BOCKIUS LLP**
Rachel Jaffe Mauceri
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001

- and –

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*<u>/s/ Justin P. Duda</u>*
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Kenneth J. Enos (No. 4544)
Justin P. Duda (No. 5478)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Co-Counsel to the Debtor*