# EXHIBIT A

List of Assumed Contracts

All executory contracts and unexpired leases of the Debtor shall be assumed pursuant to the Plan.