EXHIBIT B

Identity of the Officer of Reorganized NEP

- Kay McCall – President and Chief Executive Officer