**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>**NOBLE ENVIRONMENTAL POWER, LLC**[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 16-12055 (KG) |

**NOTICE OF (A) ENTRY OF ORDER CONFIRMING THE AMENDED PLAN OF REORGANIZATION OF THE DEBTOR PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE; (B) OCCURRENCE OF <u>EFFECTIVE DATE THEREUNDER; AND (C) RELATED DEADLINES</u>**

TO: (I) THE U.S. TRUSTEE; (II) ALL PARTIES THAT, AS OF THE FILING OF THIS NOTICE, HAVE REQUESTED NOTICE IN THE CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 2002; AND (III) ALL KNOWN CREDITORS AND INTEREST HOLDERS

**PLEASE TAKE NOTICE** that on December 9, 2016 (the "**<u>Confirmation Date</u>**"), the United States Bankruptcy Court for the District of Delaware (the "**<u>Court</u>**") entered its *Findings of Fact, Conclusions of Law and Order Confirming the Amended Plan of Reorganization of the Debtor Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 152] (the "**<u>Confirmation Order</u>**"). Unless otherwise defined in this Notice, capitalized terms used herein shall have the meanings ascribed to them in the *Amended Plan of Reorganization of the Debtor Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 119], dated November , 2016 (as confirmed and with all exhibits thereto, the "**<u>Plan</u>**").

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1141(a) of the Bankruptcy Code, the provisions of the Plan and the Confirmation Order shall bind (i) the Debtor and its estate, (ii) Reorganized NEP, (iii) all holders of Claims against and Interests in the Debtor that arose before or were filed as of the Effective Date, whether or not impaired under the Plan and whether or not, if impaired, such holders accepted the Plan or received or retained any property under the Plan, and (iv) each person acquiring property under the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan was **<u>December 9, 2016</u>**.

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to obtain a copy of the Confirmation Order may obtain such copy at <u>https://www.americanlegal.com/noble</u>. Copies of the Confirmation Order may also be reviewed during regular business hours at the Court, 824 North Market Street, Wilmington, Delaware 19801, or may be obtained at the Court's website at www.deb.uscourts.gov by following the directions for accessing the ECF system on such site.

**PLEASE TAKE FURTHER NOTICE** that any party who wishes to receive notice of pleadings filed in the Chapter 11 Case following the occurrence of the Effective Date must request such notice under Bankruptcy Rule 2002. Unless service is required by the Bankruptcy Rules or the Local Rules, parties who previously requested notice pursuant to Bankruptcy Rule 2002 will not continue to receive such notice unless and until a renewed request for notice under Bankruptcy Rule 2002 is made.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is: Noble Environmental Power, LLC (7076). The Debtor's principal offices are located at 6 Main Street, Suite 121, Centerbrook, CT 06409.

## Administrative Bar Date

**PLEASE TAKE FURTHER NOTICE** that any holder of an Administrative Expense Claim must file with the Court and serve on Reorganized NEP and its counsel, the Claims Agent, and the U.S. Trustee proof of such Administrative Expense Claim **no later than January 11, 2017** (the "**Administrative Bar Date**").Notwithstanding the foregoing, holders of the following claims are not required to assert such claims by the Administrative Bar Date: (i) Fees Claims; (ii) an Administrative Expense Claim that has been Allowed on or before the Effective Date; or (iii) a claim for U.S. Trustee Fees. Such request must include at a minimum: (i) the name of the holder of the Administrative Expense Claim; (ii) the amount of the Administrative Expense Claim; (iii) the basis of the Administrative Expense Claim; and (v) supporting documentation for the Administrative Expense Claim.

**PLEASE TAKE FURTHER NOTICE that failure to file and serve such proof of Administrative Expense Claim timely and properly shall result in the Administrative Claim being forever barred and discharged without the need for further action, order or approval of or notice to the Court.**

## Fee Claim Bar Date

**PLEASE TAKE FURTHER NOTICE** that any Professional seeking allowance by the Court of a Fee Claim shall file its respective final application for allowance of compensation for services rendered and reimbursement of expenses incurred prior to the Effective Date **no later than January 26, 2017**. Objections to any Fee Claim, if any, must be filed and served within twenty-one (21) calendar days of the filing of the relevant final fee application.

Dated: Wilmington, Delaware
December 12, 2016

| | |
|---|---|
| **MORGAN, LEWIS & BOCKIUS LLP**<br>101 Park Avenue<br>New York, New York 10178<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6001<br><br>- and –<br><br>**MORGAN, LEWIS & BOCKIUS LLP**<br>Rachel Jaffe Mauceri<br>1701 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 963-5000<br>Facsimile: (215) 963-5001 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Justin P. Duda*<br>Robert S. Brady (No. 2847)<br>Kenneth J. Enos (No. 4544)<br>Justin P. Duda (No. 5478)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253 |
| *Co-Counsel to Reorganized NEP* | |